UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 24 PM 2:55

CLERK _____
SO. DIST. OF GA.

SAMUEL R. HOUSTON, JR., )
)
    Plaintiff, )
)
v. ) Case No. CV411-192
)
BRIAN OWENS, SHAVONDA )
FIELDS, THERESA LINDSEY, )
MILTON SMITH, SHEILA OUBRE, )
CARLOTTA RICE, and THOMAS )
AMMONS, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 24 day of Jan, 2011.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA